■ AMERICAN CREDIT INDEMNITY COMPANY, Appellant, v SOCIEDADE BRASILEIRA DE PROTECAO A EXPORTACAO, LTDA., Respondent. [624 NYS2d 831] —Judgment, Supreme Court, New York County (Martin Evans, J.), entered May 13, 1994, unanimously affirmed for the reasons stated by Evans, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Wallach, Rubin, Ross and Tom, JJ.